**Order entered April 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00745-CR

### RABYL RIYAZ NATHOO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-82434-2017**

## ORDER

On April 25, 2019, the State filed a motion for extension of time to file State's brief and tendered its appellee's brief in this case. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/     BILL WHITEHILL
            PRESIDING JUSTICE